## CORNWALL *v.* DAVIS.

### *(Circuit Court, S. D. New York. January 7, 1891.)*

PER CURIAM. The decision in *Wakelee* v. *Davis, ante,* 532, determines this cause also. The complainant is entitled to a similar decree.